# United States District Court
## FOR THE JUDICIAL DISTRICT OF PUERTO RICO

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

UNITED STATES OF AMERICA

**CRIMINAL COMPLAINT (AMENDED)**

v.

CASE NUMBER: 09- 189 (M)

**JONATHAN DIEPPA BARREIRO**
**LEONEL DAVID MALDONADO ESCARFULLERY**

2009 MAR -9 PM 2: 20

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief that

On or about March 4, 2009, in the District of Puerto Rico and elsewhere, and within the jurisdiction of this Court, Jonathan Dieppa Barreiro and Leonel David Maldonado Escarfullery, the defendants herein, aiding and abetting each other, knowingly, willfully and unlawfully, delivered or caused to be delivered to any common or contract carrier for transportation or shipment in interstate or foreign commerce, to persons other than licensed importers, licensed manufacturers, licensed dealers, or licensed collectors, any package or other container in which there is any firearm or ammunition without written notice to the carrier that such firearm or ammunition is being transported or shipped, to wit: 1) a Glock pistol, model 29, 10mm caliber, S/N HLG066 with two magazines; 2) a Glock pistol, model 26, 9mm caliber, S/N EPT589US with two magazines; 3) a Glock pistol, model 27, .40 caliber, S/N KLL407 with two magazines; 4) a Glock pistol, model 22, .40 caliber, S/N CKL740US with two magazines; 5) a Glock pistol, model 30, .45 caliber, S/N DTF327US with two magazines; 6) a Glock pistol, model 27, .40 caliber, S/N MPP502 with two magazines. All in violation of Title 18, <u>United States Code</u>, Sections 922e and 2.

I further state that I am <u>Andres Rodriguez, Task Force Agent with the Bureau of Alcohol, Tobacco Firearms and Explosives</u> and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT WHICH IS HEREBY INCORPORATED AND MADE PART OF THIS COMPLAINT**

Continued on the attached sheet and made a part hereof: **X** Yes __ No

_____
Signature of Complainant

COMPLAINT AUTHORIZED BY AUSA WARREN VAZQUEZ

**DEFENDANT TO BE DETAINED PENDING TRIAL**

Sworn to before me and subscribed in my presence,

| March 9, 2009 | at | Hato Rey, Puerto Rico |
|---|---|---|
| Date | | City and State |
| **CAMILLE L. VELEZ-RIVE** | | |
| **U.S. MAGISTRATE JUDGE** | | |
| Name & Title of Judicial Officer | | Signature of Judicial Officer |